Augusta Ellig, as Administratrix, etc., of John Henry Ellig, Deceased, Respondent, v. Central New England Railway Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

John Geiger, Respondent, v. Charles J. Hansen and Adolph Hansen, Appellants.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Carr and Woodward, JJ., concurred.

Sol Goodman, Respondent, v. Louis Dornbush, Appellant.— Order of the Municipal Court modified by striking therefrom the provisions for costs against the defendant, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

The Good Samaritan Home Association, Respondent, v. George A. Slater and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Ralph Grant, Respondent, v. Louisa B. Stoothoff, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Edmund W. Hathaway, Respondent, v. James P. Graham, Appellant, Impleaded with George W. Titcomb, Respondent, and Charles D. Smith and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Orlavus Juve, Respondent, v. The Pennsylvania Steel Company, Appellant.— Judgment and order unanimously affirmed, with costs, on the authority of *McGlynn* v. *Pennsylvania Steel Co. (ante,* p. 343), decided herewith. Present — Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ.

Richard Kelly, Appellant, Respondent, v. James T. Penfield and Minnie Penfield, Respondents, Appellants.— Judgment modified by striking therefrom so much thereof as provides that defendant may pay to plaintiff $1,725, the present value of lot 97 as fixed by the court, together with the costs as taxed, being in consideration of and to be paid upon conveyance by plaintiff to defendant James T. Penfield of the title to said lot 97, and as so modified the judgment is affirmed, without costs. No opinion. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., voted to affirm upon the opinion of Mr. Justice Morschauser at Special Term. (Reported in 67 Misc. Rep. 272.)

Charles Krieger, an Infant, by August Krieger, His Guardian ad Litem, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Ignatz Kronengold, Appellant, v. Kronengold Construction Company and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

Florine Lazarus and The Long Island Loan and Trust Company, as Administrators, etc., of Edward R. Lazarus, Deceased, Respondents, v.